**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SANDRA PADILLA; VICTOR SANCHEZ;
ROSA ANDRADE,
                 *Plaintiffs-Appellants,*

                 v.

ROSALYN LEVER, in her official
capacity as Registrar of Voters,
Orange County Registration and
Elections Department; SUZANNE
SLUPSKY, in her official capacity as
Assistant Registrar of Voters,
Orange County Registration and
Elections Department,
                 *Defendants-Appellees,*

                 and

VIVIAN MARTINEZ,
                 *Defendant.*

No. 03-56259

D.C. No.
CV-02-01145-AHS

ORDER

Filed April 28, 2006

Before: Mary M. Schroeder, Chief Judge.

---

## ORDER

A majority of the en banc court has voted to withdraw the opinion of the three judge panel.

IT IS SO ORDERED.

4851

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO
—————————

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.